STATE OF NEW JERSEY v. JEFFERSON MALLORY.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE TORRES.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS WILLIAMS.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL A. COOK.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE ROY RUSH.

January 13, 1986.

Petition for certification denied.